UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No.  8:04-cr-236-T-23MSS

GABRIEL RODRIGUEZ,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court on Motion of the United States of America for Entry of a Preliminary Order of Forfeiture, which, at sentencing, shall be a final order of forfeiture as to defendant Gabriel Rodriguez's right, title, and interest in property subject to forfeiture.  For good cause shown, the Motion of the United States is GRANTED.  The Court hereby finds that the United States has established the requisite *nexus* between the assets listed below and the bank fraud violation to which defendant Gabriel Rodriguez pled guilty pursuant to 18 U.S.C. § 1344, as charged in Count Three of the Indictment:

    a.    $60,734.70 seized from SunTrust Bank Account Number 0436002000989;

    b.    $1,929.26 seized from SunTrust Bank Account Number 0436000009466;

    c.    $25.81 seized from Bank of America Account Number 003335020805; and

    d.    $32.68 seized from Bank of America Account Number 03739062688.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that all right, title, and interest of defendant Gabriel Rodriguez in the funds seized from the accounts identified in "a" through "d" above are hereby CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), for disposition according to law.

The Court shall retain jurisdiction to enter any orders necessary for the forfeiture and disposition of the funds, and to entertain any third party petitions that may be asserted in these proceedings.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 15th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:  Anita M. Cream, AUSA
            Attorneys of Record

2